IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL NO. 1:13-MD-02493-JPB-JES |

This document relates to:

*ALL CASES*

## MOTION FOR SUMMARY JUDGMENT OF MONITRONICS INTERNATIONAL, INC.

Now comes Defendant Monitronics International, Inc. ("Monitronics"), by counsel, and moves for summary judgment on all claims asserted against it by the Named Plaintiffs in MDL 2493.[1]  As set forth in the Memorandum In Support Of Motion Of Summary Judgment Of Monitronics International, Inc. and its exhibits (which are attached to the contemporaneously-filed Motion By Defendant Monitronics International, Inc., To File Its Memorandum In Support Of Its Motion For Summary Judgment And Supporting Exhibits Under Seal), there are no genuine issues of material fact with respect to Monitronics' liability to the Named Plaintiffs and it is entitled to judgment as a matter of law.

WHEREFORE, Monitronics respectfully requests that the Court grant its motion, enter summary judgment in its favor on the claims asserted against it by the Named Plaintiffs, and dismiss it from this MDL with prejudice.

MONITRONICS INTERNATIONAL, INC.

By:     /s/ Jeffrey A. Holmstrand
           One of its counsel

Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)

---

[1] The Named Plaintiffs include: Diana Mey, Janet Hodgin, Michael Hodgin, Philip Charvat, James Giles, Jason Bennett, Sandra Fairley, Scott Dolemba, Keith Finklea, Todd C. Bank, Craig Cunningham, Michael C. Worsham, Darren Newhart, Merrill Primack, and Jeffrey Wagy.

1

GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV  26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com

## CERTIFICATE OF SERVICE

Service of the MOTION OF SUMMARY JUDGMENT OF MONITRONICS INTERNTIONAL, INC. was had by filing the same with the Court's CM/ECF system and forwarding it electronically, along with forwarding copies of the following to Plaintiffs' Lead and Liaison Counsel this 6th day of March, 2017:

1) Motion By Defendant Monitronics International, Inc., To File Its Memorandum In Support Of Its Motion For Summary Judgment And Supporting Exhibits Under Seal and proposed Order granting the motion;

2) Memorandum In Support Of Motion Of Summary Judgment Of Monitronics International, Inc. (including its attached Exhibits).

                                                 MONITRONICS INTERNATIONAL, INC.

By:     /s/ Jeffrey A. Holmstrand
         One of its counsel

Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV  26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com